# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 5 MAL 2016
:
        Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
        v. :
:
:
:
CHRISTOPHER JACKSON CARTER, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.